Curt H. Feig, OSBA #911360
cfeig@nicollblack.com
Noah S. Jaffe, WSBA #43454
(*pro hac vice* application pending)
njaffe@nicollblack.com
NICOLL BLACK & FEIG, PLLC
1325 Fourth Ave., Suite 1650
Seattle, WA 98101
Phone: (206) 838-7555
Fax: (206) 838-7515

Attorneys for Plaintiff
Certain Underwriters at Lloyds

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS at LLOYDS, LONDON, Subscribing to Policy Number PGIARK05168-00,<br><br>Plaintiffs,<br><br>vs.<br><br>ECI HOLDINGS, LLC, a foreign corporation, dba EXAM COORDINATORS NETWORK; EXPERT MEDICAL REVIEWS LLC dba EXAM COORDINATORS NETWORK; FARMERS INSURANCE COMPANY OF OREGON, an Oregon Corporation; VICTOR MAGDALENO CARMONA-GONZALEZ,<br><br>Defendants. | Case No. 3:17-cv-00717-AC<br><br>**STIPULATED JUDGMENT OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

## STIPULATION

The parties hereto, plaintiff, CERTAIN UNDERWRITERS at LLOYDS, LONDON, Subscribing to Policy Number PGIARK05168-00, and defendants, ECI HOLDINGS, LLC, a foreign corporation, dba EXAM COORDINATORS NETWORK; EXPERT MEDICAL

STIPULATED JUDGMENT OF DISMISSAL
OF ALL CLAIMS WITH PREJUDICE - 1
3:17-cv-00717-AC

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

REVIEWS LLC dba EXAM COORDINATORS NETWORK, and FARMERS INSURANCE COMPANY OF OREGON, by and through their respective counsel, hereby stipulate and agree that all claims that have been asserted in this action have been settled and shall be dismissed with prejudice and without costs to any party. The parties request that the Court enter the below Judgment dismissing this action with prejudice

DATED this 2nd day of March, 2018.

NICOLL BLACK & FEIG PLLC

OWEN DAVIES, P.S.
*\*\* per e-mail authority 3/2/18*

/s/ Curt H. Feig
Curt H. Feig, OSBA #911360
*Attorneys for Plaintiff*
*Certain Underwriters at Lloyds, London*

/s/ Michael W. Mayberry
Michael W. Mayberry, WSBA #13776
*Pro Hac Attorney for Defendants*
*ECI Holdings, LLC, Expert Medical Reviews LLC*
*and Farmers Insurance Company of Oregon*

Keating Jones Hughes, P.C.
*\*\* per e-mail authority 3/2/18*

/s/ Peter O. Tuenge
Peter O. Tuenge, OSB #034814
*Attorney for Defendants*
*ECI Holdings, LLC, Expert Medical*
*Reviews LLC and Farmers Insurance*
*Company of Oregon*

STIPULATED JUDGMENT OF DISMISSAL
OF ALL CLAIMS WITH PREJUDICE - 2
3:17-cv-00717-AC

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

## JUDGMENT

Based upon the stipulation of the parties hereto, plaintiff, CERTAIN UNDERWRITERS at LLOYDS, LONDON, Subscribing to Policy Number PGIARK05168-00, and defendants, ECI HOLDINGS, LLC, a foreign corporation, dba EXAM COORDINATORS NETWORK; EXPERT MEDICAL REVIEWS LLC dba EXAM COORDINATORS NETWORK, and FARMERS INSURANCE COMPANY OF OREGON, it is hereby ADJUDGED that all claims against all parties are dismissed with prejudice and without award of costs or attorney's fees to any party.

This is a final judgment resolving all claims against all parties.

DATED this 2d day of March, 2018.

_____
The Honorable John V. Acosta
United States Magistrate Judge

STIPULATED JUDGMENT OF DISMISSAL
OF ALL CLAIMS WITH PREJUDICE - 3
3:17-cv-00717-AC

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515